UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUIS LUCIANO,<br><br>      Plaintiff,<br><br>-v-<br><br>THE EPILEPSY INSTITUTE d/b/a THE EPILEPSY FOUNDATION OF METROPOLITAN NEW YORK,<br><br>      Defendant. | CIVIL ACTION NO. 23 Civ. 9057 (GHW) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Today, Plaintiff filed an Affidavit of Service reflecting that he served the Summons and Complaint on Defendant on November 2, 2023 via the Secretary of State. (ECF No. 6). See N.Y. C.P.L.R. § 311(a)(1); N.Y. Not-For-Profit Corps. L. § 306(b). To date, however, Defendant has not appeared or responded to the Complaint. By **January 19, 2024**, Plaintiff shall attempt to serve Defendant's agent with the Summons and Complaint and a copy of this Order at its actual place of business and file proof of service, or, if service was unsuccessful, a letter describing its efforts to serve Defendant. See N.Y. C.P.L.R. § 311(a)(1); N.Y. Not-For-Profit Corps. L. § 306(a); see also N.Y. C.P.L.R. § 308.

Dated:   New York, New York
       January 5, 2024

                   SO ORDERED

                   _____
                   **SARAH L. CAVE**
                   **United States Magistrate Judge**