UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUIS LUCIANO,<br><br>                     Plaintiff,<br><br>-v-<br><br>THE EPILEPSY INSTITUTE d/b/a THE EPILEPSY FOUNDATION OF METROPOLITAN NEW YORK,<br><br>                     Defendant. | CIVIL ACTION NO. 23 Civ. 9057 (SLC)<br><br>**<u>ORDER</u>** |

**SARAH L. CAVE,** United States Magistrate Judge.

On review of the parties' proposed case management plan (ECF No. 18 (the "PCMP")), the Court finds that an initial case management conference ("ICMC") is unnecessary.  Accordingly, the ICMC scheduled for February 27, 2024 (ECF No. 12) is CANCELLED.  The Court will enter the PCMP, with minor modifications, by separate Order.

A telephonic status conference is scheduled for **Monday, June 17, 2024, at 10:00 a.m.** on the Court's conference line.  The parties are directed to call: (646) 453-4442; access code: 140-315-432, at the scheduled time.  By **June 10, 2024**, the parties shall meet and confer and file a joint letter reporting on the status of fact discovery and setting forth any open discovery disputes that are ripe for resolution by the Court.

The Clerk of Court is respectfully directed to terminate the ICMC scheduled for February 27, 2024.

Dated: New York, New York
February 21, 2024

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

2