UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUIS LUCIANO,<br><br>                          Plaintiff,<br><br>  -v-<br><br>THE EPILEPSY INSTITUTE,<br><br>                          Defendant. | CIVIL ACTION NO.: 23 Civ. 9057 (SLC)<br><br>**ORDER** |

SARAH L. CAVE, United States Magistrate Judge.

Attorney Marshall Bellovin has filed a motion for Ballon Stoll P.C. ("Ballon") to withdraw as counsel for Plaintiff Louis Luciano ("Luciano"). (ECF No. 25 (the "Motion")). As grounds for the Motion, Mr. Bellovin asserts that Luciano has terminated Ballon's representation. (ECF No. 22). It is not clear whether Mr. Bellovin has served a copy of the Motion upon Luciano. To permit a ruling on the Motion, the Court orders as follows:

1. By **June 12, 2024**, Mr. Bellovin shall serve Luciano with the Motion and a copy of this Order and file proof of service on the docket.

2. By **June 19, 2024**, Luciano shall file any response to the Motion. Mr. Bellovin is directed to ensure that any response by Luciano is filed on the docket.

With the Motion, Mr. Bellovin has filed a Letter Motion to Adjourn the Conference scheduled for Monday, June 17, 2024. (ECF No. 25). Given Ballon's proposed withdrawal from representation, the telephone conference is ADJOURNED pending resolution of the Motion.

The Clerk of Court is respectfully directed to close ECF No. 25.

Dated:      New York, New York
             June 11, 2024

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge