UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOUIS LUCIANO,

                Plaintiff,

-v-                                        CIVIL ACTION NO. 23 Civ. 9057 (SLC)

THE EPILEPSY INSTITUTE d/b/a THE EPILEPSY      **ORDER**
FOUNDATION OF METROPOLITAN NEW YORK,

                Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

Plaintiff's request at ECF No. 31 is GRANTED, and the status conference scheduled for Thursday, July 25, 2024 is ADJOURNED to **Tuesday, August 27, 2024 at 10:00 a.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff Louis Luciano at the address listed on the docket.

Dated:      New York, New York
              July 10, 2024

                                                    SO ORDERED.

                                                      SARAH L. CAVE
                                                      **United States Magistrate Judge**