UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOUIS LUCIANO,

          Plaintiff,

-v-

THE EPILEPSY INSTITUTE d/b/a THE EPILEPSY FOUNDATION OF METROPOLITAN NEW YORK,

          Defendant.

CIVIL ACTION NO. 23 Civ. 9057 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

In anticipation of the telephonic status conference scheduled for Tuesday, August 27, 2024 (the "Conference"), the parties are directed by **Friday, August 23, 2024**, to meet and confer and file a joint letter on the docket describing the status of discovery and any issues ripe for discussion at the Conference.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff Louis Luciano at the address listed on the docket.

Dated:    New York, New York
          August 20, 2024

SO ORDERED.

*/s/ Sarah L. Cave*
**SARAH L. CAVE**
**United States Magistrate Judge**