UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOUIS LUCIANO,

                Plaintiff,

-v-                                              CIVIL ACTION NO. 23 Civ. 9057 (SLC)

THE EPILEPSY INSTITUTE d/b/a THE EPILEPSY
FOUNDATION OF METROPOLITAN NEW YORK,         **ORDER**

                Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

        Pursuant to the status conference held today, October 23, 2024 (the "Conference"), the Amended Case Management Plan (ECF No. 37) remains in place. It is additionally ORDERED that, by **Thursday, October 31, 2024**, the parties shall meet and confer regarding: (1) whether Defendant will depose Plaintiff, and (2) Defendant's designation of a representative witness under Federal Rule of Civil Procedure 30(b)(6), as well as the topics to be covered at any deposition of the Rule 30(b)(6) deponent.

        Either party may order a transcript of the Conference by completing the annexed transcript request form and submitting the request to etranscripts@nysd.uscourts.gov.

Dated:        New York, New York
                October 23, 2024

                                                      SO ORDERED.

                                                      _____
                                                      **SARAH L. CAVE**
                                                      **United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, <u>NOT the Southern District Court Reporters.</u> The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.

**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE SERVICE:
(prices listed are per page)

| Daily $7.30 | ○ | 3 Day $6.55 | ○ | 7 Day $5.85 | ○ | 14 Day $5.10 | ○ | 30 Day $4.40 | ○ |

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

| RESET | PRINT | SAVE | EMAIL |